IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Mag. No. 06-77M |
| | ) | |
| VERLINA ODEH, | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION AND ORDER TO UNSEAL CRIMINAL COMPLAINT AND FILE

The United States of America, by and through its attorneys, Colm F. Connolly, United States

Attorney for the District of Delaware, Richard G. Andrews, First Assistant United States Attorney for

the District of Delaware, hereby moves that the Criminal Complaint and file in the above-captioned case

be unsealed as defendant Verlina Odeh has been arrested.

COLM F. CONNOLLY
United States Attorney

By: _____
Richard G. Andrews
First Assistant United States Attorney

Dated: June 14, 2006

**AND NOW**, this ___ day of _June_____, 2006, upon the foregoing

Motion, it is

**ORDERED** that the Criminal Complaint and file in the above-captioned case are hereby

unsealed.

FILED

JUN 1 4 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

_____
Honorable Mary Pat Thynge
United States Magistrate Judge