AO 442(Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

v.

VERLINA R. ODEH

## WARRANT FOR ARREST


~~SEALED~~ Unsealed 6/14/06

CASE NUMBER: 06- 77M

To: The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest **VERLINA ODEH** when and as stated in the Criminal Complaint and bring said Defendant to the nearest magistrate to answer a(n)

___ Indictment ___ Information __X__ Complaint ___ Order of court ___ Violation Notice ___ Probation Violation Petition

charging the Defendant with (brief description of offense)

**BANK FRAUD**

in violation of Title __18__ United States Code, Section (s) __1344 & 2__

FILED
JUN 1 5 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Honorable Mary Pat Thynge
Name of Issuing Officer

United States Magistrate Judge
District of Delaware
Title of Issuing Officer

Signature of Issuing Officer

June 8, 2006   Wilmington, DE
Date and Location

Bail fixed at $ _____

by _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at FBI, 920 N. King St. Wilmington, DE |

| DATE RECEIVED June 8, 2006 | NAME AND TITLE OF ARRESTING OFFICER SA Michelle K. Carron, FBI | SIGNATURE OF ARRESTING OFFICER Michelle Carron |
|---|---|---|
| DATE OF ARREST June 14, 2006 | | |

AO 442 (Rev. 12/85) Warrant for Arrest